IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHELLE HAMMONDS, | ) | CIVIL ACTION NO. 5:26-CV-01301 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court finds that an entry of judgment reversing and remanding to the agency for further administrative proceedings is warranted because evaluation of the evidence related to Plaintiff's diagnoses of a stroke and aneurysm is warranted.

On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: 8/27/2026 Entered: */s/Jennifer Dowdell Armstrong*
MAGISTRATE JUDGE
JENNIFER DOWDELL ARMSTRONG